WALLACE C. DOOLITTLE (SBN158116)
JAMES P. DOWNS (SBN 139489)
LAW OFFICES OF WALLACE C. DOOLITTLE
1260 B Street, Suite 220
Hayward, CA 94541
Tel: (510) 888-0600
Fax: (510) 888-0606
E-mail: doolittlew@doolittlelaw.com

Attorneys for Defendants DALI AT 17 MILE DRIVE, LLC and
DMITRY PITERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNDACIO GALA-SALVADOR DALI, | Case No. 4:18-cv-04067 |
| Plaintiff, | **DEFENDANTS' PETITION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**; ORDER |
| v. | |
| DALI AT 17 MILE DRIVE, LLC and DMITRY PITERMAN, | |
| Defendants. | |

Defendants DALI AT 17 MILE DRIVE, LLC and DMITRY PITERMAN hereby

petitions for its legal counsel to appear at the October 23, 2018 case management conference by

telephonic court call.


DATED: October 22, 2018                    LAW OFFICES OF WALLACE C. DOOLITTLE

Dated: 10/22/18                            /s/   James P. Downs
                                           _____, Esq.
                                           ____ns, Esq.
                                           Defendants DALI AT 17 MILE
                                           and DMITRY PITERMAN

DENIED

*Haywood S. Gill Jr.*

Judge Haywood S. Gilliam Jr.

DEFENDANTS' PETITION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE