# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FUNDACIÓ GALA-SALVADOR DALÍ,

        Plaintiff(s)

v.

DALI AT 17 MILE DRIVE, LLC and
DMITRY PITERMAN,

        Defendant(s)

CASE No C 4:18-cv-04067-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*) Mediation; Provider to be determined.

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: 11/21/2018        /s/ David Donahue/
                                    Attorney for Plaintiff

Date: 11/21/2018        /s/James Downs/
                                    Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 12/12/2018            *Haywood S. Gilliam Jr.*
                                U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*