1  HANSON BRIDGETT LLP
   NOEL M. COOK, SBN 122777
2  ncook@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366

5  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   DAVID DONAHUE (pro hac vice)
6  ddonahue@fzlz.com
   MELISSA GOLDSTEIN (pro hac vice)
7  mgoldstein@fzlz.com
   JESSICA VOSGERCHIAN (pro hac vice)
8  jvosgerchian@fzlz.com
   4 Times Square, 17th Floor
9  New York, New York 10036
   Telephone:    (212) 813-5900
10 Facsimile:    (212) 813 5901
   *Attorneys for Plaintiff*
11
   LAW OFFICES OF WALLACE C. DOOLITTLE
12 WALLACE C. DOOLITTLE, SBN 158166
   doolittlew@doolittlelaw.com
13 580 California Street, 12th Floor
   San Francisco, CA 94104
14 Telephone:    (415) 568-2249
   Facsimile:    (415) 634 1303
15 *Attorneys for Defendants*

16              **UNITED STATES DISTRICT COURT**

17      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

18

19 FUNDACIÓ GALA-SALVADOR DALÍ,          Case No. 4:18-cv-04067-HSG

20          Plaintiff,                    **ORDER ON STIPULATION TO EXTEND
                                          DEADLINE FOR PRIVATE MEDIATION**
21      v.

22 DALÍ AT 17 MILE DRIVE, LLC and
   DMITRY PITERMAN,
23
            Defendant.
24

25

26

27

28

The Court having considered the Stipulation of the parties and good cause appearing, orders that the deadline by which to hold private mediation, currently scheduled for March 12, 2019, be continued until April 26, 2019.

IT IS SO ORDERED.

DATED: <u>March 11, 2019</u>

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE