| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | NOEL M. COOK, SBN 122777 |
| 2 | ncook@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 777-3200 |
| 4 | Facsimile: (415) 541-9366 |

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
DAVID DONAHUE (pro hac vice)
ddonahue@fzlz.com
MELISSA GOLDSTEIN (pro hac vice)
mgoldstein@fzlz.com
JESSICA VOSGERCHIAN (pro hac vice)
jvosgerchian@fzlz.com
4 Times Square, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900
Facsimile: (212) 813 5901
*Attorneys for Plaintiff*

LAW OFFICES OF WALLACE C. DOOLITTLE
WALLACE C. DOOLITTLE, SBN 158166
doolittlew@doolittlelaw.com
JAMES P. DOWNS, SBN 139489
jdowns@doolittlelaw.com
580 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 568-2249
Facsimile: (415) 634 1303
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FUNDACIÓ GALA-SALVADOR DALÍ, | Case No. 4:18-cv-04067-HSG |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND DEADLINE FOR PRIVATE MEDIATION AND OTHER CASE DEADLINES** |
| v. | |
| DALÍ AT 17 MILE DRIVE, LLC and DMITRY PITERMAN, | |
| Defendant. | |

-1- Case No. 4:18-cv-04067-HSG
ORDER ON STIPULATION TO EXTEND DEADLINE FOR PRIVATE MEDIATION AND OTHER CASE DEADLINES

15442433.1

The Court, having considered the Stipulation of the parties and good cause appearing, orders that the deadlines be continued as outlined in the Stipulation to Extend Deadline for Private Mediation and Other Case Deadlines, dated April 26, 2019 as follows:

The private mediation will be conducted on or before June 26, 2019.

The discovery cut-off and subsequent deadlines (except for Pretrial Conference and Trial) are extended 21 days as follows:

Close of Fact Discovery from May 23 to June 13, 2019

Exchange Opening Expert Reports from June 6 to June 27, 2019

Exchange Rebuttal Expert Reports from June 27 to July 18, 2019

Close of Expert Discovery from July 11 to August 1, 2019

Dispositive Motion Filing Deadline from July 18 to August 8, 2019

Dispositive Motion Hearing Deadline from August 22 to September 12, 2019 at 2:00 p.m.

<u>Remaining the same</u>:

Pretrial Conference January 14, 2020 at 3:00 p.m.

5-Day Jury Trial January 27, 2020 at 8:30 a.m.

IT IS SO ORDERED.

DATED: <u>April 29, 2019</u>

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE