HANSON BRIDGETT LLP
NOEL M. COOK, SBN 122777
ncook@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
DAVID DONAHUE (pro hac vice)
ddonahue@fzlz.com
MELISSA GOLDSTEIN (pro hac vice)
mgoldstein@fzlz.com
JESSICA VOSGERCHIAN (pro hac vice)
jvosgerchian@fzlz.com
4 Times Square, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900
Facsimile: (212) 813 5901
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FUNDACIÓ GALA-SALVADOR DALÍ, <br><br> Plaintiff, <br><br> v. <br><br> DALÍ AT 17 MILE DRIVE, LLC and DMITRY PITERMAN, <br><br> Defendant. | Case No. 4:18-cv-04067-HSG <br><br> **SUBSTITUTION OF COUNSEL**; ORDER |

TO THE HONORABLE COURT AND ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Noel Cook will continue to represent Plaintiff Fundació Gala-Salvador Dalí at his new law firm, Hanson Bridgett LLP (see Docket No. 38).

Please remove Linda Joy Kattwinkel of Owen Wickersham & Erickson as attorney of record for Plaintiff Fundació Gala-Salvador Dalí in the above-referenced matter and remove her, along with amesia@owe.com and jrhodes@owe.com, from any service list in this matter.

-1-     Case No. 4:18-cv-04067-HSG

SUBSTITUTION OF COUNSEL

15456899.1

| | | |
|---|---|---|
| 1 | DATED: April 29, 2019 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: _/s/ Noel M. Cook_ |
| 4 | | NOEL M. COOK |
| 5 | | FROSS ZELNICK LEHRMAN & ZISSU, P.C |
| 6 | | DAVID DONAHUE (pro hac vice)<br>MELISSA GOLDSTEIN (pro hac vice) |
| 7 | | JESSICA VOSGERCHIAN (pro hac vice) |
| 8 | | *Attorneys for Plaintiff* |
| 9 | | FUNDACIÓ GALA-SALVADOR DALÍ |

10 We agree to the substitution.

11 Dated: April 29, 2019      OWEN WICKERSHAM & ERICKSON, P.C.

12                            By:  /s/ Linda Joy Kattwinkel

13                            *Attorneys for Plaintiff*
                              FUNDACIÓ GALA-SALVADOR DALÍ

15 IT IS SO ORDERED.

16 Dated: 5/1/2019            _Haywood S. Gilliam Jr._
                              Judge Haywood S. Gilliam, Jr.