```
HANSON BRIDGETT LLP
NOEL M. COOK, SBN 122777
ncook@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
DAVID DONAHUE (pro hac vice)
ddonahue@fzlz.com
MELISSA GOLDSTEIN (pro hac vice)
mgoldstein@fzlz.com
JESSICA VOSGERCHIAN (pro hac vice)
jvosgerchian@fzlz.com
4 Times Square, 17th Floor
New York, New York 10036
Telephone:    (212) 813-5900
Facsimile:    (212) 813 5901
```
*Attorneys for Plaintiff*

```
LAW OFFICES OF WALLACE C. DOOLITTLE
WALLACE C. DOOLITTLE, SBN 158166
doolittlew@doolittlelaw.com
JAMES P. DOWNS, SBN 139489
jdowns@doolittlelaw.com
580 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 568-2249
Facsimile:    (415) 634 1303
```
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FUNDACIÓ GALA-SALVADOR DALÍ, | Case No. 4:18-cv-04067-HSG |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND DEADLINE FOR PRIVATE MEDIATION AND OTHER CASE DEADLINES** |
| v. | |
| DALÍ AT 17 MILE DRIVE, LLC and DMITRY PITERMAN, | |
| Defendant. | |

-1- Case No. 4:18-cv-04067-HSG

ORDER ON STIP TO EXTEND DEADLINE FOR MEDIATION AND OTHER CASE DEADLINES

15595668.1

The Court, having considered the Stipulation of the parties and good cause appearing, orders that the deadlines be continued as outlined in the Stipulation to Extend Deadline for Private Mediation and Other Case Deadlines, dated June 13, 2019 as follows:

The private mediation will be conducted on or before August 26, 2019.

The discovery cut-off and subsequent deadlines (except for Pretrial Conference and Trial) are extended 60 days as follows:

Close of Fact Discovery from June 13 to August 12, 2019

Mediation Deadline from June 26 to August 26, 2019

Exchange Opening Expert Reports from June 27 to August 26, 2019

Exchange Rebuttal Expert Reports from July 18 to September 16, 2019

Close of Expert Discovery from August 1 to September 30, 2019

Dispositive Motion Filing Deadline from August 8 to October 7, 2019

Dispositive Motion Hearing Deadline from September 12 to November 14, 2019 at 2:00 p.m.

<u>Remaining the same</u>:

Pretrial Conference January 14, 2020 at 3:00 p.m.

5-Day Jury Trial January 27, 2020 at 8:30 a.m.

IT IS SO ORDERED.

DATED: <u>June 14, 2019</u>

_Haywood S. Gilliam Jr._
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE