HANSON BRIDGETT LLP
NOEL M. COOK, SBN 122777
ncook@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
DAVID DONAHUE (pro hac vice)
ddonahue@fzlz.com
MELISSA GOLDSTEIN (pro hac vice)
mgoldstein@fzlz.com
JESSICA VOSGERCHIAN (pro hac vice)
jvosgerchian@fzlz.com
4 Times Square, 17th Floor
New York, New York 10036
Telephone:     (212) 813-5900
Facsimile:     (212) 813 5901
*Attorneys for Plaintiff*

LAW OFFICES OF WALLACE C. DOOLITTLE
WALLACE C. DOOLITTLE, SBN 158166
doolittlew@doolittlelaw.com
JAMES P. DOWNS, SBN 139489
jdowns@doolittlelaw.com
580 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     (415) 568-2249
Facsimile:     (415) 634 1303
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| FUNDACIÓ GALA-SALVADOR DALÍ,<br><br>Plaintiff,<br><br>v.<br><br>DALÍ AT 17 MILE DRIVE, LLC and DMITRY PITERMAN,<br><br>Defendant. | Case No. 4:18-cv-04067-HSG<br><br>**ORDER ON JOINT STATUS REPORT REGARDING THE PARTIES' MEDIATION EFFORTS; REQUEST FOR FURTHER EXTENSION (modified)** |

The Court, having considered the Joint Status Report of the parties and good cause appearing, orders that the deadlines be continued as outlined in the Joint Status Report Regarding the Parties' Mediation Efforts; Request for Further Extension, dated September 3, 2019 as follows:

The discovery cut-off and subsequent deadlines (except for Pretrial Conference and Trial) are extended 30 days (with the exception of the Close of Fact Discovery) as follows:

Close of Fact Discovery from August 12 to Sept. 25, 2019

Mediation Deadline from August 26, to Sept. 25, 2019

Exchange Opening Expert Reports from August 26 to Sept. 25, 2019

Exchange Rebuttal Expert Reports from September 16 to October 16, 2019

Close of Expert Discovery from September 30 to Oct. 30, 2019

Dispositive Motion Filing Deadline from October 7 to Nov. 6, 2019

Dispositive Motion Hearing Deadline from November 14 to December 14, 2019

Remaining the same:

Pretrial Conference January 14, 2020 at 3:00 p.m.

5-Day Jury Trial January 27, 2020 at 8:30 a.m.

IT IS SO ORDERED except the dispositive motion hearing deadline is Thursday, December 12, 2019.

DATED: 9/9/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE