# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FUNDACIÓ GALA-SALVADOR DALÍ,<br><br>    Plaintiff,<br><br>    v.<br><br>DALÍ AT 17 MILE DRIVE, LLC and DMITRY PITERMAN,<br><br>    Defendant. | Case No. 4:18-cv-04067-HSG<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(i)(A)(ii) |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Stipulation is GRANTED;

2. The Action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii); and

3. All parties will bear their own costs and attorneys' fees incurred against one another in this action.

IT IS SO ORDERED.

DATED: 10/31/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE